U.S. Department of Justice

*United States Attorneys*
*Southern District of Texas*

United States District Court
Southern District of Texas
**ENTERED**
January 24, 2017
David J. Bradley, Clerk

600 E. Harrison, Suite 201  Phone (956)548-2554
Brownsville, TX 78520   Fax (956) 548-2711

Complaint dismissed on
January 24th, 2017

*U.S. Magistrate Judge*

Honorable Ronald G. Morgan
United States Magistrate Judge
Brownsville, Texas

    In re: U.S. vs. **JHONNY CAMACHO-MOGOLLAN**

    Magistrate's Case No. **B-17-101-MJ**

    Complaint filed on <u>December 31, 2016</u> before

    Magistrate Judge <u>Ignactio Torteya, III</u>

Dear Magistrate Judge Morgan:

    We hereby request that the above-entitled complaint be dismissed. The defendant pled guilty to a criminal information on January 20, 2017, before Judge Ronald G. Morgan, in violation of 8 U.S.C. 1325(a)(1), Case Number B-17-005-MJ.

    Respectfully,

    KENNETH MAGIDSON
    UNITED STATES ATTORNEY

    <u>**s/ Elena Llanos-Salinas**</u>
    ELENA LLANOS-SALINAS
    Assistant United States Attorney
    Federal Bar #: 23944
    State Bar #: 00784486
    600 E. Harrison, Suite 201
    Brownsville, TX 78520
    Tel: (956) 548-2554 / Fax: (956) 548-2711